**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

April 12, 2019

<u>**VIA ECF**</u>

The Honorable Judge Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Steven Matzura and On Behalf of All Other Persons Similarly Situated v. Friedrich Petzel Gallery Inc.**
<u>**Case No.: 1:19-cv-01210**</u>

Dear Judge Nathan,

    This firm represents Plaintiff Steven Matzura and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. Additionally, the parties respectfully seek to adjourn without date the pretrial conference scheduled for June 28, 2019 at 3:15 PM.

    We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                                                     Respectfully submitted,
                                                   GOTTLIEB & ASSOCIATES

                                                   <u>*s/ Jeffrey M. Gottlieb*</u>
                                                     Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)