UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MATZURA AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>-AGAINST-<br><br>FRIEDRICH PETZEL GALLERY INC.,<br><br>DEFENDANT. | No. 19 Civ. 1210 (AJN) |

## STIPULATED DISMISSAL WITH PREJUDICE

WHEREAS, the parties have settled and compromised the claims in the above-captioned action, as set forth in the attached Exhibit A hereto;

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Steven Matzura and Defendant Friedrich Petzel Gallery Inc., by and through undersigned counsel, hereby stipulate to the dismissal of all claims by Plaintiff Steven Matzura *with prejudice* and without costs or fees to any party.

Dated:   New York, NY
         April 23, 2019

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
*Attorney for Plaintiff Steven Matzura*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

_____
Maaren A. Shah
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorney for Defendant Friedrich Petzel Gallery Inc.*